UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

2005 OCT -4 P 3: 13

Sammie L. Gattison,            )
                               )   Civil Action No. 3:04-1993-SB
                Plaintiff,     )
                               )
        -vs-                   )   **O R D E R**
                               )
Commissioner of Social Security, )
                               )
                Defendant.     )

This matter is before the Court on the Plaintiff's action pursuant to 42 U.S.C. § 405(g), to review a final decision of the Commissioner of Social Security, which denied his request for disability benefits and supplemental security income. By local rule, the matter was referred to United States Magistrate Judge Joseph R. McCrorey for initial review.

On August 25, 2005, the Magistrate Judge issued a report analyzing the Plaintiff's complaint and recommending that this action be dismissed and the Commissioner's decision be upheld. Pursuant to 28 U.S.C. § 636(b), a party dissatisfied with a magistrate judge's report and recommendation may file, within 10 days after it was entered, specific written objections for consideration by a district judge. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a magistrate judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985). Here, since objections were not filed, there are no portions of the report and recommendation

to which a de novo review must be conducted. Accordingly, based on the foregoing, it is

ORDERED that the Magistrate Judge's report and recommendation is affirmed and adopted as the order of this Court, the Plaintiff's petition for disability insurance benefits and supplemental security income is denied, and this action is ended.

**IT IS SO ORDERED**.

Sol Blatt, Jr.
Senior United States District Judge

~~September~~ October 4, 2005
Charleston, S.C.